UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARMEN SOLER,

     Plaintiff,

       v.                           Case No.3:11-cv-647-J-12JRK

HICKORY POINT, LTD, etc., et al.,

     Defendants.

---

## O R D E R

This cause is before the Court on Plaintiff's Motion for Partial Summary Judgment (Doc. 7)[1], filed June 30, 2011, and memorandum in support (Doc.9), filed July 15, 2011. In her motion, Plaintiff seeks summary judgment against Defendant Hickory Point Ltd. as to Count I of her Amended Complaint (Doc.2) and against Defendant National Credit Systems, Inc. as to Count III of her Amended Complaint (Doc. 2). Defendant Hickory Point Ltd.'s memorandum in opposition to Plaintiff's motion (Doc. 18) was filed July 29, 2011. As of the date of this Order, Defendant National Credit Systems, Inc. has not filed a response to Plaintiff's motion.

The Court notes from the docket and Defendant Hickory Point Ltd. points out in its memorandum in opposition to Plaintiff's motion (Doc. 18), that Plaintiff filed a Second Amended Complaint (Doc. 15) on July 27, 2011, which contains allegations not contained in her Amended Complaint (Doc. 2). As a result, the Court finds that Plaintiff's Motion for

---

[1]     The Court notes that Plaintiff asserts in her Motion for Partial Summary Judgment (Doc. 7) that it is based on depositions and other documents that are not part of the record before this Court.

Partial Summary Judgment (Doc. 7) is moot. Accordingly, it is

**ORDERED AND ADJUDGED:**

That Plaintiff's Motion for Partial Summary Judgment (Doc. 7) is found to be moot.

**DONE AND ORDERED** this ___10th___ day of August 2011.

Howell W. Melton
Senior U.S. District Judge

c:     Counsel of Record

2