UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARMEN SOLER,

    Plaintiff,

    v.                                       Case No.3:11-cv-647-J-12JRK

HICKORY POINT, LTD, etc., and
NATIONAL CREDIT SYSTEMS, INC.,

    Defendants.

_____

HICKORY POINT, LTD, etc.,

    Third-party Plaintiff,

    v.

RIVERSTONE RESIDENTIAL GROUP, LLC., etc.,

    Third-party Defendant.

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Remand (Doc. 66), filed March 12, 2012. Plaintiff advises the Court that she has settled the claims set forth in her Second Amended Complaint (Doc. 15) against Defendant National Credit Systems, Inc. and those parties have filed a Joint Stipulation of Dismissal with Prejudice as to those claims (Doc. 72). These are the only claims in this action which serve a basis for federal jurisdiction.

Plaintiff's remaining claims against Defendant Hickory Point, LTD, and its third-party claims against Third-party Defendant Riverstone Residential Group. LLC, are based upon

state law. Plaintiff indicates that Defendant/Third-party Plainitff Hickory Point, LTD., does not object to remand, and Defendant Riverstone Residential Group, LLC has filed a consent to remand (Doc.67). Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1. That Plaintiff's claims against Defendant National Credit Systems, Inc. contained in her Second Amended Complaint (Doc. 15), are hereby dismissed with prejudice with each party to bear their own costs and attorney's fees;

2. That Plaintiff's Motion for Remand (Doc. 66) is granted; and

3. That this action is hereby remanded to the Circuit Court of the Seventh Judicial Circuit in and for St. Johns County, Florida. The Clerk is directed to terminate all pending motions, hearings, and deadlines, in this Court, and to close the case.[1]

**DONE AND ORDERED** this ___4th___ day April 2012.

*Howell W. Melton*
**SENIOR UNITED STATES DISTRICT JUDGE**

c:   Counsel of Record

---

[1] The Court notes that as of the date of this Order Defendant Hickory Pointe, LTD's Motion for Partial Summary Judgment (Doc. 35) remains for disposition. Plaintiff filed a response in opposition to that motion (Doc. 39), but had been given permission by the United States Magistrate Judge to amend her response by March 13, 2012. Plaintiff did not file an amended response in opposition to the motion for partial summary judgment.